IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOUGLAS D. TRUE                                                                                   PETITIONER

v.                                    NO. 5:18-cv-00189 BRW

WENDY KELLEY, Director of the                                                         RESPONDENT
Arkansas Department of Correction

ORDER

I have received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, I approve and adopt the findings and recommendation in all respects.

The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Douglas D. True is dismissed. All requested relief is denied, and judgment will be entered for respondent Wendy Kelley. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is denied.[1]

IT IS SO ORDERED this 4th day of March, 2019.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] I am not convinced that petitioner can make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. 2253(c)(2).