IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOUGLAS D. TRUE                                                              PETITIONER

v.                                    NO. 5:18-cv-00189 BRW

WENDY KELLEY, Director of the                                                RESPONDENT
Arkansas Department of Correction

## JUDGEMENT

Based on the Order entered today, judgment is entered for respondent Wendy Kelley.

IT IS SO ORDERED this 4th day of March, 2019.


                                                      /s/ Billy Roy Wilson_____
                                                      UNITED STATES DISTRICT JUDGE